# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

### CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

I, _____Allanna Warren_____, am representing myself and
(Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: __12/6/23__         Signature: _____

Email Address (Please print legibly):
d1a2n3n4@proton.me

Confirm Email Address:
d1a2n3n4@proton.me

Mailing Address:
9620 S. Las Vegas Blvd., Las Vegas, NV 89123

Telephone Number:


Case Number(s):
2:23-cv-02007-JAD-VCF